In the Matter of the Application of ELIZABETH T. PRATT, Appellant, to Compel an Accounting by THOMAS F. POWERS, an Attorney, Respondent.

In the Matter of the Application of JAMES CARNEY, Appellant, to Compel an Accounting by THOMAS F. POWERS, an Attorney, Respondent.

*Matter of Pratt*, 175 App. Div. 956, affirmed.
*Matter of Carney*, 175 App. Div. 201, affirmed.
(Argued March 2, 1917; decided March 20, 1917.)

APPEAL, in each of the above-entitled proceedings, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 20, 1916, which affirmed two orders of Special Term, one confirming the report of a referee in a proceeding to compel an attorney to account for moneys, securities and property received by him, and the other denying a motion for a new trial.

*James Farrell* for appellant.

*John T. Norton* for respondent.

Order in each proceeding affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.